UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JUAN CARLOS GINARTE,            )
4000 Tunlaw Rd., N.W.           )
Apt. 325                        )
Washington, D.C. 20007          )
                                )
        Plaintiff,              )
                                )
    v.                          )
                                ) Civil Action No. 06-1222(RJL)
ROBERT S. MUELLER, III          )
Director, F.B.I.                )
J. Edgar Hoover Bldg.           )
925 Pennsylvania Ave., N.W.     )
Washington, D.C. 20535          )
                                )
and                             )
                                )
ALBERTO GONZALEZ                )
Attorney General                )
U.S. Dept. of Justice           )
950 Pennsylvania Ave., N.W.     )
Washington, D.C. 20530          )
                                )
        Defendants.             )
_____  )
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the federal defendants in this action.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar #451058

```
                              _____
                              KAREN L. MELNIK D.C. BAR #436452
                              Assistant United States Attorney
                              U.S. Attorney's Office for the
                              District of Columbia
                              Civil Division
                              555 Fourth Street, N.W.
                              Washington, D.C. 20530
                              (202) 307-0338 (O)
                              (202) 514-8780 (Fax)
```