UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN CARLOS GINARTE, )
 )
Plaintiff, )
 )
v. )
 ) Civil Action No. 06-1222(RJL)
ROBERT S. MUELLER, III )
Director, F.B.I. )
 )
ALBERTO GONZALEZ )
U.S. Attorney General )
 )
Defendants. )

**MOTION FOR ENLARGEMENT OF TIME**

Federal Defendants in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to Plaintiff's Complaint. In support of this request, the federal defendants state as follows:

The defendants' answer is due to be filed on August 8, 2006.

1. Plaintiff's Freedom of Information Act ("FOIA") complaint involves the Federal Bureau of Investigation ("FBI").

2. The undersigned Assistant has learned that agency counsel requires additional time to review its files. The defendants expect to file a dispositive motion once that review is completed.

3. The defendants are requesting an additional thirty days to file a dispositive motion.

4. Undersigned counsel spoke to plaintiff counsel, Jonathan L. Katz, concerning this request for an enlargement. Undersigned counsel learned from Mr. Katz that he

had not heard back from his client regarding this request for an enlargement.

Wherefore the federal defendants request thirty additional days, until September 7, 2006, to file their dispositive motion. A proposed Order accompanies this motion.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KAREN L. MELNIK DC BAR # 436452
Assistant United States Attorney
555 4TH Street, N.W. Rm. E-4112
Washington, D.C. 20530
(202) 307-0338

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUAN CARLOS GINARTE, )
)
Plaintiff, )
)
v. )
) Civil Action No. 06-1222(RJL)
ROBERT S. MUELLER, III )
Director, F.B.I. )
)
ALBERTO GONZALEZ )
U.S. Attorney General )
)
Defendants. )

ORDER

UPON CONSIDERATION of the Federal Defendants' Consent Motion For Enlargement of Time, the grounds stated therefor and the entire record in this matter, it is by the Court this _____ day of ________, 2006, hereby

ORDERED that the said motion be and hereby is granted and Federal Defendants shall have until September 7, 2006, to file their dispositive motion.

______________________________________
UNITED STATES DISTRICT COURT JUDGE

copies to:

Mr. Jonathan L. Katz
1400 Spring Street, Suite 410
Silver Spring, MD 20910

AUSA Karen L. Melnik
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W. Rm. E-4112
Washington, D.C. 20530