UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JUAN CARLOS GINARTE**

      Plaintiff,

      v.                      Civil Action No1:06-cv-1222

**ROBERT S. MUELLER, III**
**Director, Federal Bureau of Investigation, et al.**

      Defendants.
_____/

**PRAECIPE CORRECTING FILING**

TO THE COURT:

    Attached hereto is Plaintiff's corrected Opposition to Defendant's extension motion. The only correction to the attached Opposition is to put the pages in the correct page order. Plaintiff's original Opposition mistakenly placed the pages in reverse order.

                                    Respectfully submitted,

                                    **MARKS & KATZ, L.L.C.**

                                    __/s/ Jonathan L. Katz_____
                                    Jonathan L. Katz
                                    DC Bar No. 425-615
                                    1400 Spring St., Suite 410
                                    Silver Spring, MD 20910
                                    (301) 495-4300
                                    Fax: (301) 495-8815
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Pracipe was served by the Court's ECF Electronic Filing System on August 8, 2006, to Karen Melnik, Esquire.

                                      /s/ Jonathan L. Katz_____
                                      Jonathan L. Katz