IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUAN CARLOS GINARTE, ) <br> ) <br> Plaintiff ) <br> ) Civil Action No. 06-01222 <br> v. ) <br> ) <br> ROBERT S. MUELLER, III, et al. ) <br> ) <br> Defendants. ) <br> ) | |

### DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1) I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at the Federal Bureau of Investigation, Headquarters Office ("FBIHQ") in Washington, D.C. I have held this position since August 1, 2002. Prior to joining the FBI, from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law. In that capacity, I had direct oversight of Freedom of Information ("FOIA") policy, procedures, appeals, and litigation for the Navy. From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters. I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2) In my current capacity as Section Chief of RIDS, I supervise approximately 232 employees who staff a total of ten (10) units and a field operational service center unit whose collective mission is to effectively plan, develop, direct and manage responses to requests for access to FBI records and information pursuant to the FOIA; Privacy Act; Executive Order

12958, as amended; Presidential, Attorney General and FBI policies and procedures; judicial decisions and other Presidential and Congressional directives. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)     Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am aware of the handling of the FOIPA request of plaintiff, Juan Carlos Ginarte, which seeks access to records pertaining to himself.

(4)     The purpose of this declaration is to provide the Court and plaintiff with an explanation of the procedures used to search for records responsive to plaintiff's request.

## CORRESPONDENCE RELATED TO PLAINTIFF'S REQUEST

(5)     By letter dated February 6, 2006, plaintiff submitted a FOIA/Privacy Act request to FBIHQ requesting all documents relating to himself, including but not limited to, all documents in any files maintained with his name, all material in any format (e.g., electronic, video, audiovisual or otherwise), and any references to him, whether or not they appeared in any file kept with his name. (**See Exhibit A.**) In addition, plaintiff provided a Privacy Waiver and Certification of Identity executed on February 3, 2006, for records relating to himself to be released to his attorney or other designee. (**See Exhibit B.**)

(6)     By letter dated February 15, 2006, FBIHQ acknowledged receipt of this request and advised plaintiff that a search of the automated indices to the Central Records System

("CRS") files at FBIHQ located no records responsive to plaintiff's FOIA request, which had been assigned FOIPA number 1038463-000. Plaintiff was further advised that he could appeal the FBI's "no record" response by writing to the Department of Justice ('DOJ") Office of Information and Privacy ("OIP") within sixty (60) days. **(See Exhibit C.)**

(7)   By letter dated April 16, 2006, plaintiff appealed FBIHQ's "no record" response. Plaintiff contended that the FBI's FOIA reply was insufficient by limiting itself to "automated indices." **(See Exhibit D.)**

(8)   By letter dated April 27, 2006, OIP acknowledged receipt of plaintiff's appeal for "no records" at FBIHQ and assigned it appeal number 06-1788. Plaintiff was advised by OIP that he would be notified further as soon as a decision was made. **(See Exhibit E.)**

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(9)   The CRS used by the FBI enables it to maintain pertinent information which it has acquired in the course of fulfilling its mandated law enforcement responsibilities. The records maintained in this CRS consist of administrative, applicant, criminal, personnel, and other files compiled for law enforcement purposes. This system consists of a numerical sequence of files broken down according to subject matter. The subject matter of a file may relate to an individual, organization, company, publication, activity, or foreign intelligence matter. Certain records in this system are maintained at FBIHQ. Records which are pertinent to specific field offices are maintained in those field offices.

(10)   Through the General Indices, FBIHQ and each field division can access the CRS. The General Indices are arranged in alphabetical order and consist of an index on various subjects, including the names of individuals and organizations. Only information considered pertinent,

relevant or essential for future retrieval is indexed. Without a "key" (index) to this mass of information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not effectively be used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal and national security statutes. Therefore, the General Indices to the CRS are the means by which the FBI can determine what retrievable information, if any, the FBI may have in the CRS on a particular subject, such as Juan Carlos Ginarte.

(11)    Communications directed to FBIHQ from various field offices and Legal Attaches (Legats) are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations, which are listed in the case captions or titles as subjects, suspects, or as victims. Searches made in this index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

(12)    An index reference falls into two general categories:

> A "main" index reference carries the name of an individual, organization, activity or the like, which is the main subject of a file maintained in the system.

> A "cross reference" index reference contains only a mere mention or reference to an individual, organization, etc., which is located in the body of a communication in a file concerning the investigation of another individual, organization, or event.

(13)    On or about October 16, 1995, the Automated Case Support ("ACS") system was implemented for all Field Offices, Legats and FBIHQ. More than 105 million records were converted from automated systems previously utilized by the FBI. ACS consists of the following three integrated, yet separately functional, automated applications that support case management

functions for all FBI investigative and administrative cases:

(a) Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin (OO), which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices ("LOs"), formerly known as Auxiliary Offices. When a case is opened, it is assigned a Universal Case File Number ("UCFN") which is used by FBIHQ and all offices that are conducting or assisting in the investigation. Using a fictitious file number "12-WF-1234" as an example, an explanation of the UCFN is set forth: "12" indicates the classification for that specific type of investigation, which in this example denotes a "Drug" investigation; "WF" is the abbreviated form used for the Office of Origin of this investigation, which here is the FBI's Washington Field Office; and, "1234" indicates the individual case number assigned to a particular investigation.

(b) Electronic Case File – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the computerized system. All <u>original</u> serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index cases. The Lead Office may index additional information as needed. UNI is an 95.5 million record index that functions to index names to cases, and to search names and cases for use in FBI investigative and administrative cases. Names of individuals or non-individuals are recorded with identifying information such as the date or place of birth, race, sex,

locality, Social Security number, address, or date of an event.

(14) The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent ("SA"), the supervisor in the field office conducting the investigation, and the supervising SA at FBIHQ. The FBI does not index every name in its files; it indexes only that information considered to be pertinent, relevant, or essential for future retrieval. This index to the mass of information that is essential to ongoing investigations is the only way in which the FBI can readily retrieve the information. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter.

(15) In response to plaintiff's request, FBIHQ searched the CRS using plaintiff's name in order to locate any main investigatory files maintained at HQ. A search of the CRS by using the name "Juan Carlos Ginarte" would cover a three-way phonetic breakdown of the name. For example, this search would locate records using the phonetic sounds of each last, first, and middle name relating to the following names: "Ginarte, Juan C."; "Ginarte, Juan;", and "Ginarte, J. C." FBIHQ also used plaintiff's date of birth and Social Security number to facilitate the identification of responsive records. This search failed to locate any main investigatory files responsive to plaintiff's request.

### FBI FOIPA POLICY CONCERNING ROUTINE AUTOMATED SEARCHES AND SEARCHES OF THE CRS FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(16) In the absence of a specific request for a search of cross-references at the administrative level, the FBI's current policy is to search for and identify only "main" files responsive to FOIPA requests.

(17) Upon receipt of the complaint in this litigation, FBIHQ conducted a second search of the CRS for main files and cross-references. This second search failed to locate any FBIHQ main files or cross-references.

(18) It should be noted that this search did not include FBI field office files. If the plaintiff believes that there may be additional files in FBI field offices, it is incumbent upon him to file requests with each individual office that he believes maintains the records he seeks, per 28 C.F.R. Section 16.3(a) and 16.41(a) (2004).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through E attached hereto are true and correct copies.

Executed this ____6th____ day of September, 2006.

DAVID M. HARDY
Section Chief
Record/Information Dissemination
 Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

JUAN CARLOS GINARTE,           )
                               )
        Plaintiff              )
                               ) Civil Action No. 06-01222
        v.                     )
                               )
ROBERT S. MUELLER, III, et al  )
                               )
        Defendant.             )
                               )

# EXHIBIT A

# MARKS & KATZ, LLC
## ATTORNEYS AT LAW
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910
(301) 495-4300
FAX (301) 495-8815

LÍNEA DIRECTA EN ESPAÑOL
(301) 578-4400

JAY S. MARKS (MD, IL)
JONATHAN L. KATZ (MD, DC, VA)

**MEMORANDUM**

DATE: February 6, 2006

FROM: Lorena Arias, Legal Secretary

TO: FBI
RIDS
FOIA Request Department
Service Request Unit, Room 6539
935 Pennsylvania Avenue NW
Washington, DC 20535

____  The enclosed document(s) are for your information. Your response is not required. Please call if you have any questions or comments about the enclosed material.

____  The enclosed document(s) are for your review and signature. Please return them to me after signing and dating them. If any edits or corrections are needed, please let me know.

____  Please file the enclosed document(s). Please date-stamp and return the enclosed copies to me in the enclosed pre-stamped envelope.

__X__  Please see the attached request.

Thank you for your time. Please call me if I can be of service with this memorandum or with any other matter. Thank you.

Very truly yours,

Lorena Arias
Legal Secretary

Enclosure (FOIA Request Form)

Exhibit A

| | |
|---|---|
| JUAN CARLOS GINARTE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ROBERT S. MUELLER, III, et al )<br>)<br>Defendant. )<br>) | Civil Action No. 06-01222 |

# EXHIBIT B

U.S. Department of Justice



Federal Bureau of Investigation
Washington, D.C. 20535

## FOIA REQUEST FORM TO FBI

**Requester's Name:** Juan Carlos Ginarte

**Address:** c/o Jonathan L. Katz, Attorney at Law, Marks & Katz, LLC, 1400 Spring St., Suite 410, Silver Spring, MD 20910

**Phone Number (optional):** (301) 495-4300

**Fax Number (optional):** (301) 495-8815

**E-Mail (optional):** jon@markskatz.com (counsel's e-mail address and phone/fax are listed in this Form)

**Subject:** All documents relating to me, Juan Carlos Ginarte. My address is listed on my attached Privacy Act Waiver, including, but not limited to, all documents in any files maintained with my name, all material in any format (e.g., electronic, video, audiovisual or otherwise), and any references to me, whether or not they appear in any file kept with his name.

**In order to help to determine status to assess fees, select:**
- ● An individual seeking information for personal use
- ○ Affiliated with an educational or noncommercial institution, and this request is made for a scholarly purpose
- ○ Affiliated with a private corporation and seeking information for use in the company's business
- ○ A representative of the news media and this request is made part of news gathering and not for commercial use

Enter media name: _____

Select type of Media:
- ○ Newspaper
- ○ Magazine
- ○ Television Station
- ○ Other

**Purpose:** Please forward this material to my attorney Jonathan L. Katz, 1400 Spring Street, Suite 410, Silver Spring, MD 20910.

**Enter maximum amount you are willing to pay:** $500.00

**Explanation for a request for a waiver of fees:**

**Additional Comments:**

*[Signed: Juan Carlos Ginarte]*

This form cannot be used for Privacy Act requests or requests for information about a third party.

Exhibit B  pg 1 of 2

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

## Privacy Waiver and Certification of Identity

Full Name: Juan Carlos Ginarte

Aliases used: No

Current Address: 4000 Tunlaw Rd., Apt. 325, Washington, DC 20007

Date of Birth: 10/30/1962    Place of Birth: Havana, Cuba (birth cert. from Santa Rita)

Social Security Number (optional): 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

(Optional: Prior addresses, employments, etc., which may assist the FBI in locating the requested information)
Not provided.

I hereby waive my right to privacy, and I authorize the FBI to release any and all information relating to me to:

(Name, address & phone of attorney or other designee)

Jonathan L. Katz, Marks & Katz, LLC, 1400 Spring St., Suite 410, Silver Spring, MD 20910

Under penalty of perjury, I hereby declare that I am the person described above and understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S C , Section 552a (i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature: *[signed] Juan Carlos Ginarte*   Date: 02/03/2006

Exhibit B pg 2 of 2

JUAN CARLOS GINARTE,              )
                                  )
           Plaintiff              )
                                  ) Civil Action No. 06-01222
           v.                     )
                                  )
ROBERT S. MUELLER, III, et al     )
                                  )
           Defendant.             )
                                  )

# EXHIBIT C



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*February 15, 2006*

MS. LORENA ARIAS
MARKS & KATZ, LLC
ATTORNEYS AT LAW
SUITE 410
1400 SPRING STREET
SILVER SPRINGS, MD 20910

Request No.: 1038463- 000
Subject: GINARTE, JUAN CARLOS

Dear Ms. Arias:

This is in response to your Freedom of Information Act (FOIA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIA request.

Although no main file records responsive to your FOIA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Exhibit C

| | |
|---|---|
| JUAN CARLOS GINARTE, | ) |
| Plaintiff | ) |
| | ) Civil Action No. 06-01222 |
| v. | ) |
| ROBERT S. MUELLER, III, et al | ) |
| Defendant. | ) |

# EXHIBIT D

**MARKS & KATZ, LLC**
ATTORNEYS AT LAW
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910
(301) 495-4300
FAX (301) 495-8815
justice@markskatz.com
www.markskatz.com

JAY S. MARKS (MD, IL)
JONATHAN L. KATZ (MD, DC, VA)

April 16, 2006

**BY TELECOPIER AND FIRST-CLASS MAIL**
Co-Director
Office of Information and Privacy
U.S. Department of Justice
Suite 570, Flag Building
Washington, DC 20530
Fax: (202) 514-1009
Phone: (202) 514-3642

　　Re: **APPEAL IN REQUEST NO. 1038463-000; Subject: GINARTE, JUAN CARLOS; Your reply date: February 15, 2006**

To the Co-Director:

　　The attached appeal is timely-filed. The date of your attached reply letter is February 15, 2006, and said letter gives me sixty days to file an appeal (today is said sixtieth day).

　　I also made good faith efforts for you to receive my enclosed appeal by FedEx on April 13, 2006, but FedEx could not locate your building (the Flag Building), because your reply did not list a street address. FedEx indicates it then returned to the Flag Building on April 15, 2006, after learning its location (1310 G Street, NW) only to have the delivery refused. Because of FedEx's delivery problems, I also sent the appeal by Certified mail by an April 14, 2006, postmark.

　　This being my first FOIA appeal to the Justice Department, I was not previously aware that such delivery problems would take place, which is why I resort to this timely-delivered fax.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　Jonathan L. Katz

*Exhibit D*

JUAN CARLOS GINARTE,          )
                              )
        Plaintiff             )
                              )  Civil Action No. 06-01222
           v.                 )
                              )
ROBERT S. MUELLER, III, et al )
                              )
        Defendant.            )
                              )

# EXHIBIT E



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                    Washington, D.C. 20530

APR 27 2006

Jonathan L. Katz, Esq.
Marks & Katz, LLC
1400 Spring Street, Suite 410
Silver Spring, MD 20910

    Re: Request No. 1038463 - Juan Carlos Ginarte

Dear Mr. Katz:

    This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on April 17, 2006.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 06-1788. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                                                 Sincerely,

                                               Priscilla Jones
                                             Chief, Administrative Staff

Exhibit E