**U.S. Department of Justice**



**Federal Bureau of Investigation**

*Washington, D.C. 20535*

```
                FOIA Request Instructions
```

**ONLINE USERS:**

- If your request is for information concerning an organization, business, investigation, historical event or incident, you may submit your request online.

  ❑   **FOIA Request Form**

  By clicking on "send", your request will be submitted to <julia.eichhorst@ic.fbi.gov>

**OTHER REQUESTERS:**

- Provide your complete name and mailing address.

  (Telephone, Fax and email addresses are optional.)

- If your request is for information about a third party, you **must** submit his/her **notarized authorization**, or you may use:

  ❑   **Privacy Waiver and Certification of Identity Form**

  Provide the complete name, date and place of birth, social security number and any other identifying data that will help locate the information concerning the subject of your request.

  Mail your request to the address listed below.

- If your request is for information concerning a deceased individual, you must provide his/her proof of death in the form of an obituary or Social Security Index page. You should also provide his/her complete name, date and place of birth, social security number and any other identifying data that will help locate the information.

  This request may be mailed or sent by facsimile (fax) to (202)324-3752.

- State how much you are willing to pay for duplication fees if any are assessed.

- Mailing address:   Federal Bureau of Investigation (FBI)
                     Record Information/Dissemination Section (RIDS)
                     Service Request Unit, Room 6359
                     935 Pennsylvania Avenue, NW
                     Washington, D.C.  20535