

**Federal Bureau of Investigation**
**Washington, D.C. 20535**

# FOIA REQUEST FORM

**Requester's Name:** _____

**Address:** _____
_____
_____
_____

**Phone Number (optional):** _____

**Fax Number (optional):** _____

**E-Mail (optional):** _____

**Subject:** _____
_____
_____
_____

**In order to help to determine status to assess fees, select:**
- ❑ **An individual seeking information for personal use**
- ❑ **Affiliated with an educational or noncommercial institution, and this request is made for a scholarly purpose**
- ❑ **Affiliated with a private corporation and seeking information for use in the company's business**
- ❑ **A representative of the news media and this request is made part of news gathering and not for commercial use**

    **Enter media name:** _____

    **Select type of Media:**
- ❑ **Newspaper**
- ❑ **Magazine**
- ❑ **Television Station**
- ❑ **Other**

    **Purpose:** _____
_____
_____
_____
_____
_____

**Enter maximum amount you are willing to pay:  $** _____

**Explanation for a request for a waiver of fees:**
_____
_____
_____
_____

**Additional Comments:**
_____
_____
_____
_____
_____

**This form cannot be used for Privacy Act requests or requests for information about a third party.**