# MARKS & KATZ, LLC
## ATTORNEYS AT LAW
1400 SPRING STREET
SUITE 410
SILVER SPRING, MARYLAND 20910
(301) 495-4300
FAX (301) 495-8815
justice@markskatz.com
www.markskatz.com

JAY S. MARKS (MD, IL)
JONATHAN L. KATZ (MD, DC, VA)

April 13, 2006

CO-DIRECTOR
OFFICE OF INFORMATION AND PRIVACY
U.S. Department of Justice
Suite 570
Flag Building
Washington, DC 20530

    Re: APPEAL OF Request No. 1038463-000; Subject: GINARTE, JUAN CARLOS; Your reply date: February 15, 2006

To the Co-Director:

    This letter appeals the above-listed (and attached) response to my attached Freedom of Information/Privacy Act request **to the** FBI that was received by the FBI on February 13, 2006 by certified mail.

    The FBI's attached reply gives an insufficient response to my original FOIA/Privacy Act request, by saying nothing substantive other than that "no main file records responsive to your FOIA request were located in our automated indices." The FBI's attached reply narrows itself to "main file records" and "automated indices", whereas my request is broader than that by asking for **all** information about my client, Juan Carlos Ginarte, whether or not said information is contained in a main file or automated indice.

    Nothing in the law entitles the FBI to limit its FOIA reply to "main file records" and "automated indices," particularly where, as here, the FBI has stated no hardship for looking beyond "main file records" and "automated indices", and has not bothered to quote a fee for looking beyond "main file records" and "automated indices".

    While on the one hand the FOIA sets quick turnaround limits for replying to FOIA requests, in this instance, it appears that the FBI gave too little time to considering and replyint to our FOIA/Privacy Act request, seeing that the FBI's reply is dated only two days after it received our request.

    Therefore, please reverse the attached reply, and please look fully for the information I have requested. I preauthorize up to $100 for any legitimate charges for this request. If the charge will be higher, I will need to authorize said charges in advance. Thank you.

                                Very truly yours,

                                  Jonathan L. Katz