

**Federal Bureau of Investigation**
**Washington, D.C. 20535**

# FOIA REQUEST FORM

**Requester's Name:**_____

**Address:**_____
_____
_____
_____

**Phone Number (optional):**_____

**Fax Number (optional):** _____

**E-Mail (optional):**_____

**Subject:**_____
_____
_____
_____

**In order to help to determine status to assess fees, select:**
- ❑ **An individual seeking information for personal use**
- ❑ **Affiliated with an educational or noncommercial institution, and this request is made for a scholarly purpose**
- ❑ **Affiliated with a private corporation and seeking information for use in the company's business**
- ❑ **A representative of the news media and this request is made part of news gathering and not for commercial use**

  **Enter media name:**_____

  **Select type of Media:**
  - ❑ **Newspaper**
  - ❑ **Magazine**
  - ❑ **Television Station**
  - ❑ **Other**

  **Purpose:**_____
  _____
  _____
  _____
  _____
  _____

**Enter maximum amount you are willing to pay:  $**_____
**Explanation for a request for a waiver of fees:**
_____
_____
_____
_____

**Additional Comments:**
_____
_____
_____
_____
_____

**This form cannot be used for Privacy Act requests or requests for information about a third party.**