UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JUAN CARLOS GINARTE**

      Plaintiff,

      v.                Civ. No.   Civ. No. 06-1222

**ROBERT S. MUELLER, III**
**Director, Federal Bureau of Investigation, et al.**

      Defendants.
_____/


**PLAINTIFF'S NOTICE OF INTENTION TO FILE NEW COMPLAINT AGAINST FBI, AND TO MOVE TO CONSOLIDATE**

TO THE COURT:

    This week, Plaintiff plans to file the attached new Complaint against the pending defendants, and to file a motion to consolidate the instant action with the attached civil action.

    The grounds for seeking consolidation include that one or more FBI field offices have stated that Plaintiff's FOIA requests to said offices is being handled through the FBI Headquarters, which cuts against Defendants' Summary Judgment claim against a need for Plaintiff's original FOIA request to have been considered to include the field offices.

    Consequently, Plaintiff respectfully requests that no action be taken on the pending summary judgment motions before

giving Plaintiff an opportunity by next week to file a motion to consolidate the instant action with the attached civil action to be filed this week.

                Respectfully submitted,

                MARKS & KATZ, L.L.C.


                __/s/ Jonathan L. Katz_____

                    Jonathan L. Katz
                    DC Bar No. 425-615
                    1400 Spring St., Suite 410
                    Silver Spring, MD 20910
                    (301) 495-4300
                    Fax: (301) 495-8815
                    Attorneys for Plaintiff


                **CERTIFICATE OF SERVICE**


    I HEREBY CERTIFY that a copy of the foregoing Notice was served by the Court's ECF Electronic Filing System on December 4, 2006, to Karen Melnik, Esquire.


                __/s/ Jonathan L. Katz_____

                Jonathan L. Katz