UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JUAN CARLOS GINARTE**

      Plaintiff,

      v.      Civ. No. 06-1222-RJL

**ROBERT S. MUELLER, III**
**Director, Federal Bureau of Investigation, et al.**

      Defendant.
_____

**JUAN CARLOS GINARTE**

      Plaintiff,

      v.      Civ. No. 06-2216-JDB

**ROBERT S. MUELLER, III**
**Director, Federal Bureau of Investigation, et al.**

      Defendant.

_____/

## PLAINTIFF'S MOTION TO CONSOLIDATE CIVIL ACTION NOS. 06-1222 AND 06-2216

Plaintiff respectfully moves to consolidate his above-two related civil actions –- Civ. No. 06-1222-RJL (*Mueller I*) and Civ. No. 06-2216-JDB (*Mueller II*) for the following grounds:

1.    Both actions are closely intertwined and have always involved the same parties.

2.    After Plaintiff filed civil action no. 06-1222 (*Mueller I*), Defendant filed a Summary Judgment Motion asserting that the Plaintiff's FOIA request that was sent to the FBI's headquarters was not sufficient to cover the FBI field offices, even though the FBI never uttered a word to Plaintiff before his filing of this lawsuit that the FBI would want a separate request to

1

each field office ( which Plaintiff contends conflicts with the FOIA's purpose of enabling access to government records rather then hampering such access).  In that regard, Plaintiff reincorporates herein by reference his filed opposition to Defendant's pending Summary Judgment Motion in *Mueller I*.

     3.     Based on Defendant's Summary Judgment Motion in *Mueller I*, Plaintiff sent a FOIA request to numerous FBI field offices, which for the most part asked for the same information that the FBI requested that is the subject of *Mueller I* .  This is further detailed in Plaintiff's Complaint in *Mueller II*.

     4.     This being the first time that undersigned counsel has faced a situation where an agency has asserted the need for a FOIA requestor to contact the agency's components directly with FOIA requests, undersigned counsel plans to overcover risk accordingly in the future.

Meanwhile, as outlined in Plaintiff's Opposition to the defendants' pending summary judgment motion in *Mueller I*,  Plaintiff was reasonably led to believe by the FBI's silence that Plaintiff's original FOIA request, the subject of Mueller I, was sufficient to cover the entire FBI.

     5.     Although *Mueller I*  and *Mueller II* are being handled by separate judges and separate defense counsel (who both are with the Justice Department), judicial efficiency and the FOIA itself will best be served by consolidating *Mueller I*  and *Mueller II*. If consolidation is granted, Plaintiff personally has authorized undersigned counsel to agree to delay the resolution of *Mueller I*  for the procedures in *Mueller II* to catch up to the procedures in *Mueller*.

     6.     Undersigned counsel has directly requested the consent of all defense counsel in *Mueller I* and *Mueller II*. to this Motion.  They have refused consent.  Therefore, Plaintiff presents this Motion to consolidate *Mueller I*  and *Mueller II*.

WHEREFORE, for the foregoing reasons Plaintiff respectfully moves to consolidate *Mueller I* and *Mueller II.*

                              Respectfully submitted,

                              **MARKS & KATZ, L.L.C.**

                              __/s/_____
                              Jonathan L. Katz
                              DC Bar No. 425-615
                              1400 Spring St., Suite 410
                              Silver Spring, MD 20910
                              (301) 495-4300
                              Fax: (301) 495-8815
                              Attorneys for Plaintiff

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion was served by the Court's ECF Electronic Filing System on March 13, 2007, to:

Karen Melnik, Esquire
Defense counsel in *Mueller I*

Quan Luong, Esquire
Defense counsel in *Mueller II*

                              __/s/ Jonathan L. Katz_____
                              Jonathan L. Katz