UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JUAN CARLOS GINARTE     *
         *
      Plaintiff      * Case No. 1:06CV02216
         *
v.                       *
         *
Robert S. Mueller, III, et al.     *
         *
      Defendants.     *

### DECLARATION OF SERVICE

The undersigned, Jonathan L. Katz, is over the age of eighteen and is competent to testify as follows:

1. I hereby declare that the Summonses and Complaint and all of the documents provided by the Court were served as follows on the respective summonsed parties by certified mail, postage prepaid:

     a. Robert S. Mueller, III, Director, Federal Bureau of Investigation, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535, served on January 20, 2007.

     b. Alberto R. Gonzales, United States Attorney General, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, served on January 19, 2007.

     c. Jeffrey A. Taylor, United States Attorney, 444 Fourth Street, N.W., Washington, D.C. 20530, served on January 19, 2007.

2. Proof of service is confirmed by the attached (a) certified mail receipts and (b) Postal Service confirmations of service.

I affirm that the foregoing is true to the best of my knowledge and belief.

___/s/_____   January ~~30~~ 31, 2007
Jonathan L. Katz                    Date

Ginarte 2216
Sent 1/16

```
         Silver Spring Main Post Office
              SILVER SPRING, Maryland
                    209079998
                 1050050907 -0092
   01/16/2007      (301)608-1304      05:32:56 PM
   ===============================================
                    Sales Receipt
   Product           Sale    Unit        Final
   Description       Qty     Price       Price

   WASHINGTON DC 20530                   $1.11
   First-Class
   3.50 oz.
      Return Rcpt (Green Card)           $1.85
      Certified                          $2.40
      Label #:    70060810000158671543
      Customer Postage                  -$5.39
      Subtotal:                          $0.00
                                      ========
      Issue PVI:                         $0.00

   WASHINGTON DC 20535                   $1.11
   First-Class
   3.50 oz.
      Return Rcpt (Green Card)           $1.85
      Certified                          $2.40
      Label #:    70060810000158671529
      Customer Postage                  -$5.39
      Subtotal:                          $0.00
                                      ========
      Issue PVI:                         $0.00

   WASHINGTON DC 20530                   $1.11
   First-Class
   3.60 oz.
      Return Rcpt (Green Card)           $1.85
      Certified                          $2.40
      Label #:    70060810000158671536
      Customer Postage                  -$5.39
      Subtotal:                          $0.00
                                      ========
      Issue PVI:                         $0.00
                                      --------
   Total:                                $0.00

   Paid by:

   Bill#: 1000801680108
   Clerk: 22

        All sales final on stamps and postage.
        Refunds for guaranteed services only.
             Thank you for your business.
                     Customer Copy
```

Certified Mail Receipt — 7006 0810 0001 5867 1536
Sent To: Jeffrey Taylor, US Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Postage $1.11, Certified Fee $2.40, Return Receipt Fee $1.85, Restricted Delivery Fee $0.00, Total $5.36
Postmark: JAN 16 2007, Silver Spring MD Main Office

Certified Mail Receipt — 7006 0810 0001 5867 1529
Sent To: Robert S. Mueller III - Director FBI
935 Pennsylvania Bldg
Washington, D.C. 20535
Postage $1.11, Certified Fee $2.40, Return Receipt Fee $1.85, Restricted Delivery Fee $0.00, Total $5.36
Postmark: Silver Spring MD Main Office 2007

Certified Mail Receipt — 7006 0810 0001 5867 1543
Sent To: Alberto Gonzales, Attorney General
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530-0001
Postage $1.11, Certified Fee $2.40, Return Receipt Fee $1.85, Restricted Delivery Fee $0.00, Total $5.36
Postmark: Silver Spring MD Main Office 2007



Home | Help

Track & Confirm

## Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0001 5867 1536**
Status: **Delivered**

Your item was delivered at 10:48 AM on January 19, 2007 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

1/23/2007



# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0001 5867 1543**
Status: **Delivered**

Your item was delivered at 10:48 AM on January 19, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    1/23/2007



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0810 0001 5867 1529**
Status: **Delivered**

Your item was delivered at 3:57 AM on January 20, 2007 in WASHINGTON, DC 20535.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do     1/23/2007