UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **JUAN CARLOS GINARTE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. Action No. 06cv1222 (RJL) |
| v. | ) | |
| | ) | |
| **ROBERT S. MUELLER, III,** *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 11th day of June 2007, hereby

**ORDERED** that [#8] defendants' motion to dismiss is GRANTED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge